IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel: 818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, GWENDOLYN JENNE PITTS,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GWENDOLYN JENNE PITTS,<br><br>     Plaintiff,<br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>     Defendant. | Case No.: CV 18-00120 AFM<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES<br><br><br>ALEXANDER F. MacKINNON<br>UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of TWO THOUSAND SEVEN HUNDRED EIGHTY EIGHT DOLLARS AND FIFTY CENTS ($2,788.50) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 10/29/2018

*/s/ Alex MacKinnon*

_____
ALEXANDER F. MacKINNON
UNITED STATES JUDGE